IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| FATE SANTEE | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL NO.: 1:14cv34-HSO-RHW |
| | § | |
| RON KING, HUBERT DAVIS, and JODECI A. DEARBORN, individually and in his official capacity | § § § § | DEFENDANTS |

## FINAL JUDGMENT

This matter came before the Court on the Report and Recommendation [41] of United States Magistrate Judge Robert H. Walker entered in this case on July 27, 2015. The Court, after a full review and consideration of the Magistrate Judge's Report and Recommendation, the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Order adopting the Report and Recommendation entered herewith, this civil action should be dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 19th day of August, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE